# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL 2545 |
| THIS DOCUMENT RELATES TO: | Master Docket Case No. 1:14-cv-01748 |
| Mark Woolbright, | Honorable Matthew F. Kennelly |
| Plaintiffs v. Pfizer Inc.; Pharmacia and, Upjohn LLC; Paddock Laboratories, Inc.; Perrigo Company, PLC; Defendants. | Case No. 1:14-cv-10452 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PADDOCK LABORATORIES, INC. AND PERRIGO COMPANY, PLC ONLY

**PLEASE TAKE NOTICE** that Plaintiff Mark Woolbright, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Paddock Laboratories, Inc. and Perrigo Company, PLC only.

Respectfully submitted this 26th day of February 2015.

                        BERKE LAW FIRM, P.A.

                    By:    /s/ Bill B. Berke
                          Bill B. Berke, Esq.
                          Florida Bar No. 0558011
                          berkelaw@yahoo.com
                          4423 Del Prado Blvd. S.
                          Cape Coral, FL 33904
                          Telephone: (239) 549-6689
                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2015 I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

                By:    /s/ Bill B. Berke
                         Bill B. Berke, Esq.